THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM MITCHELL, Appellant. [853 NYS2d 893]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Skelos, Fisher and Santucci, JJ., concur.